■ ANN NEUFELD, Respondent, v FRANK NEUFELD, Appellant.—Appeal by the defendant from an order of the Supreme Court, Richmond County, dated April 22, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Sullivan in his memorandum decision at the Supreme Court. Mangano, J. P., Brown, Kooper and Balletta, JJ., concur.